**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

SHERMAN DIVISION

**DATE**: 11/12/14

| JUDGE | COURT REPORTER: Digital Recording |
|---|---|
| DON D BUSH | COURTROOM DEPUTY: Toya McEwen |

| Insight for Living Ministries<br>v<br>Sylvia Matthews Burwell, US Dept of Health & Human Services, Thomas E Perez, Jacob J Lew & US Dept of Treasury | Case Number: 4:14cv675 RAS |
|---|---|
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
| Richard Roper III, Janelle Davis, Justin Butterfield, Matthew Kacsmaryk & Rose Linda Romero | Julie Shana Saltman |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas: **Hearing on Application for Preliminary Injunction (de # 3)**

**OPEN: 2:16 pm**                **ADJOURN:   3:37 pm**

| TIME: | MINUTES: |
|---|---|
| 2:16 pm | Case called, announcements made, Court acknowledged the signed Consent forms from both sides, consenting to the case to Judge Bush. |
| 2:17 pm | Statement by Richard Roper III. |
| 2:19 pm | Argument by Rose Romero. |
| 2:38 pm | Argument by Julie Saltman. |
| 3:07 pm | Court finds there is no a compelling interest. |
| 3:07 pm | Argument by Julie Saltman. |
| 3:21 pm | Rebuttal argument by Justin Butterfield. |
| 3:33 pm | Discussion by the Court, Court read findings into the record. |
| 3:37 pm | Order will follow, Court adjourned. |

**DAVID J. MALAND, CLERK**

BY:     Toya McEwen
**Courtroom Deputy Clerk**