UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____ DIVISION

vs. § CASE NO.
§
§
§
§
§

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to _____

_____, United States Magistrate Judge, for all further proceedings and the entry of

judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

\_\_\_\_\_11/14/14_____ *Richard A. Schell*
Date UNITED STATES DISTRICT JUDGE